IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TRACY LASHOWN COLLIER,

    Plaintiff,

v.     CASE NO. 5:14-cv-00226-RS-EMT

FRANK McKEITHEN, et al.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 5). I have reviewed the report and recommendation *de novo*.

I have also reviewed Plaintiff's Objection to proposed Recommendation (Doc. 6). Plaintiff contends that his failure to list several relevant previous actions on his affidavit was a careless oversight. However, careless oversight is not a valid excuse for failure to properly file the case, and I agree with the Magistrate Judge that dismissal without prejudice is the appropriate sanction. Therefore,

    **IT IS ORDERED:**

        1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

        2. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

3. The Clerk is directed to close this case and terminate all pending motions.

**ORDERED** on November 3, 2014.

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**